_____

No. 95-3875

_____

United States of America,       *
                                *
          Appellee,             *
                                *  Appeal from the United States
     v.                         *  District Court for the
                                *  Western District of Arkansas.
Nicholas Louis Busich,          *          [UNPUBLISHED]
                                *
          Appellant.            *

_____

          Submitted:  March 28, 1996

             Filed:  April 4, 1996

_____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.


     Nicholas Louis Busich challenges his convictions upon his guilty
pleas to distributing cocaine base and methamphetamine, in violation of 21
U.S.C. § 841(a)(1).  On appeal, Busich argues that a prior uncontested
civil administrative forfeiture of a 1984 Chevrolet pickup truck barred his
prosecution and conviction on double jeopardy grounds.  This argument is
foreclosed, however, by our recent opinion in United States v. Sykes, 73
F.3d 772, 773-74 (8th Cir. 1996).


     The judgment is affirmed.


     A true copy.


          Attest:


               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.